JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| YOSEF MANELA, et al | ) | CASE NO.: 2:19-cv-03198 FMO (KSx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| COHEN, ROBERTS & ASSOCIATES, LLC et al | ) | ORDER ON STIPULATION [11] RE: DISMISSAL |
| Defendants. | ) | |

Pursuant to the Stipulation of Dismissal filed by the Plaintiff on July 23, 2019, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 25, 2019

/s/
Honorable Fernando M. Olguin
U.S. District Judge

Order of Dismissal